UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KAREEM NISBETT, *individually and on behalf of all other persons similarly situated*,

                  Plaintiff,

-against-

MARMARA MANHATTAN HOSPITALITY MANAGEMENT CO., INC.,

                  Defendant.

------------------------------------- x

ORDER

19 Civ. 10687 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
December 17, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge