DocuSign Envelope ID: BA5B4B02-932E-4C1E-84FE-3B4FBD2B8B02



**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,

                       Plaintiffs,

- against -

MARMARA MANHATTAN HOSPITALITY MANAGEMENT CO., INC.,

                       Defendant.

----------------------------------------X

Case No.:1:19-cv-10687-GBD

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Date: December 23, 2019

_____
Douglas B. Lipsky, Esq.
Christopher H. Lowe, Esq.
**LIPSKY LOWE LLP**
420 Lexington Avenue, Suite 1830
New York, New York 10170
E-mail: doug@lipskylowe.com
Phone: (212) 392-4772
*Attorneys for Plaintiff*

_____
Joshua A. Stein, Esq.
Shira M. Blank, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Email: sblank@ebglaw.com
Phone: (212) 351-4694
*Attorneys for Defendant*

SO ORDERED: *George B. Daniels*

Date: JAN 0 7 2020

16